# EXHIBIT A

## CONSENT TO JOIN WAGE CLAIM

Print Name: __Lamar Dale_____

1. I hereby consent to participate in a collective action lawsuit against __Tornado Production Services__ to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: _/s/ L. Dale_____           Date Signed: __Aug 4, 2015_____
Lamar Dale (Aug 4, 2015)